JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE LEFON BRIGGS,<br><br>        Petitioner,<br><br>v.<br><br>R.C. JOHNSON, Warden,<br><br>        Respondent. | CASE NO. 2:20-cv-02387-JLS (SK)<br><br>**JUDGMENT** |

    Pursuant to the Order Dismissing Petition, **IT IS ADJUDGED** that the petition for writ of habeas corpus and this action are dismissed without prejudice.

DATED: July 1, 2020

JOSEPHINE L. STATON
U.S. DISTRICT JUDGE